JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

E-FILING

FILED

08 FEB 13 P 2: 24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ZUNIGA-TORRES,<br>a/k/a Pedro Rodolfo Rosales,<br><br>Defendant. | CR No. 08 00074 PVT<br><br>VIOLATION: Title 18, United States Code, Section 1028(a)(4) - Fraud and Related Activity in Connection with Identification Documents and Information<br>(Class A Misdemeanor)<br><br>SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about December 21, 2006, in the Northern District of California, the defendant

JOSE ZUNIGA-TORRES,
a/k/a Pedro Rodolfo Rosales,

did knowingly possess an identification document, to wit: a State of Texas birth certificate in the name of Pedro Rodolfo Rosales, born on November 8, 1955, other than one issued lawfully for the use of the possessor, with the intent that such document be used to defraud the United States,

//

//

INFORMATION

...
...
...

1 | in violation of Title 18, United States Code, Section 1028(a)(4), a Class A misdemeanor.

3 | DATED: 2/13/08

JOSEPH P. RUSSONIELOO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

8 | (Approved as to form: _____)
WILLIAM RAWSON
Law Clerk

INFORMATION

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 18, U.S.C. § 1028(a)(4) - Fraud and Related Activity in Connection with Identification Documents and Information

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**E-FILING**

PENALTY:
1 year imprisonment
$100,000 fine
1 year supervised release
$25 special assessment fee

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

DSS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70044 HRL

Name and Office of Person Furnishing Information on THIS FORM     JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  SUSAN KNIGHT

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 13 P 2:34

RICHARD W. WIEKING
CLERK
U.S. DIST. CT. N. DIST OF CA. S.J.

─── DEFENDANT - U.S. ───

» JOSE ZUNIGA-TORRES a/k/a Pedro Rodolfo Rosales

DISTRICT COURT NUMBER

**CR 08 00074 PVT**

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ►  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ►  Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney

FILED

2008 FEB 13 P 2: 34

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 08 00074 |
| --- | --- |
| Plaintiff, | ) VIOLATION: Title 18, United States Code, Section 1028(a)(4) - Fraud and Related Activity in Connection with Identification Documents and Information (Class A Misdemeanor) |
| v. | ) |
| JOSE ZUNIGA-TORRES, a/k/a Pedro Rodolfo Rosales, | ) |
| Defendant. | ) SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about December 21, 2006, in the Northern District of California, the defendant

JOSE ZUNIGA-TORRES,
a/k/a Pedro Rodolfo Rosales,

did knowingly possess an identification document, to wit: a State of Texas birth certificate in the name of Pedro Rodolfo Rosales, born on November 8, 1955, other than one issued lawfully for the use of the possessor, with the intent that such document be used to defraud the United States,

//
//

INFORMATION

1 | in violation of Title 18, United States Code, Section 1028(a)(4), a Class A misdemeanor.

2 |

3 | DATED: 2/13/08

JOSEPH P. RUSSONIELOO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

8 | (Approved as to form:
WILLIAM RAWSON
Law Clerk

INFORMATION

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB 13 P 2: 34

--- OFFENSE CHARGED ---

Title 18, U.S.C. § 1028(a)(4) - Fraud and Related Activity in Connection with Identification Documents and Information

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

E-FILING

PENALTY:
1 year imprisonment
$100,000 fine
1 year supervised release
$25 special assessment fee

--- DEFENDANT - U.S. ---
RICHARD W. WIEKING
CLERK
U.S. JOSE ZUNIGA-TORRES a/k/a Pedro Rodolfo Rosales
NO. DIST. OF CA, S.J.
DISTRICT COURT NUMBER

CR 08 00074 RS

--- DEFENDANT ---

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
DSS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶ 08-70044 HRL

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   SUSAN KNIGHT

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: