JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163173)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usa.doj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-00074 RS |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME |
| ) JOSE ZUNIGA-TORRES, ) | |
| ) Defendant. ) | SAN JOSE VENUE |

    The undersigned parties in the above-captioned case respectfully request that the status hearing scheduled for April 18, 2008 to be continued to May 22, 2008. The reason for the continuance is to allow the government and defense counsel to reach a disposition in the case, and both the government and defense counsel are unavailable for several weeks due to their respective schedules. The parties also request an exclusion of time under the Speedy Trial Act from April 18, 2008 until May 22, 2008. The undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity of counsel and effective preparation of counsel.

//

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |

DATED: 4/17/08                                         /s/_____
                                                      SUSAN KNIGHT
                                                      Assistant United States Attorney

DATED: 4/17/08                                         /s/_____
                                                      Assistant Federal Public Defender
                                                      Counsel for the defendant



Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for April 18, 2008 is continued to May 22, 2008 at 11:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from April 18, 2008 to May 22, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED:_____                    _____
                                        RICHARD SEEBORG
                                        United States Magistrate Judge