JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

**FILED**

2008 MAY 20 P 1: 28

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JOSE ZUNIGA-TORRES,<br>a/k/a Pedro Rodolfo Rosales,<br><br>　　　Defendant. | No. CR 08-0074 RS<br><br>VIOLATION: Title 18, United States Code, Section 1028(a)(6) - Fraud and Related Activity in Connection with Identification Documents and Information<br>(Class A Misdemeanor)<br><br>SAN JOSE VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

On or about December 21, 2006, in the Northern District of California, the defendant

JOSE ZUNIGA-TORRES,
a/k/a Pedro Rodolfo Rosales,

knowingly possessed an identification document and authentication feature, that was or appeared to be an identification document and authentication feature of the United States, to wit: a United States Social Security number issued to Pedro Rodolfo Rosales, which was produced without lawful authority, knowing that such document or feature was produced without such

INFORMATION

1  authority, in violation of Title 18, United States Code, Section 1028(a)(6), a Class A
2  misdemeanor.
3
4  DATED: *May 8, 2008*                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
5
6                                           /s/ David Callaway
                                            DAVID R. CALLAWAY
7                                           Deputy Chief, San Jose Branch Office
8
9  (Approved as to form:  /s/ Susan Knight for  )
                          WILLIAM H. RAWSON
10                        Law Clerk
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 18, U.S.C. § 1028(a)(6) - Fraud and Related Activity in Connection with Identification Documents and Information

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**   2008 MAY 20  P 1:28

▶ JOSE ZUNIGA-TORRES a/k/a Pedro Rodolfo Rosales

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**
CR 08-00074

**PENALTY:**
1 year jail
$100,000 fine
1 year supervised release
$10 special assessment fee

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**

SAA - Jeff Dubsick

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**Name and Office of Person Furnishing Information on THIS FORM**   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**   SUSAN KNIGHT

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶   Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments: