PROB 13C
(10/76)

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT _____CALIFORNIA_____

**Defendant's Waiver of Preparation of Presentence Investigation and Report**

CR 08-00074 RS

I, __Jose Zuniga Torres__ , hereby waive
(Name of Defendant)

my right to have the probation officers of the United States district courts conduct a presentence investigation for presentation to the sentencing court. This investigation and report which I now forego is for the purpose of obtaining information useful to the court in setting sentence.

I have read, or had read to me, and fully understand the preceding waiver form.

FILED

MAY 2 2 2008

CLERK
NORTHERN ...
SAN JOSE ... 

__5 22 08__  __[signature]__
(Date)  (Signature of Defendant)

__5/22/08__  __Lara [Vinnard]__
(Date)  (Defendant's Attorney)