07/24/2008 04:28 PM EST

Case Debt Type Payment Report
U.S. Courts

Version 7.0.1

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | JOSE ZUNIGA-TORRES | DCAN508CR000074 | 504100 | FINE-CRIME VICTIMS FUND | 500.00 | 450.00 | CT 34611021171 | 1 | PR | 50.00 | 07/10/2008 |
| 001 | JOSE ZUNIGA-TORRES | | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 54611003242 | 1 | PR | 25.00 | 05/22/2008 |

Division Payment Total    75.00

Grand Total    75.00

Page 1 of 1

[Handwritten: $25.00 SPECIAL ASSESSMENT PAID IN FULL ON 5/22/2008]

[Stamp: FILED JUL 29 2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE]